STATE OF NEW JERSEY v. STANLEY GILCHRIST.

September 11, 1987.

Petition for certification granted, and the matter is summarily remanded to the Superior Court, Law Division, for resentencing in light of *State v. Yarbough,* 100 *N.J.* 627 (1985). Jurisdiction is not retained.

STATE OF NEW JERSEY v. DAVID POSEY.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. TODD STEVEN ROBERTS.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES SCHUSTER.

September 11, 1987.

Petition for certification denied.